ACCEPTED
01-14-00893-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 10:48:10 AM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00893-CV

---

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 10:48:10 AM
CHRISTOPHER A. PRINE
Clerk

_____

1221 ELDRIDGE ROAD, INC.,

Appellant,

vs.

LIFE CHANGING MINISTRIES AND FELLOWSHIP, INC.,
ERIC STEPHENS AND JENNIFER STEPHENS,

Appellees.

---

Appeal from County Court at Law No.1
Fort Bend County, Texas
Case No. 13-CCV-050162
Honorable Ben W. Bud Childers, Judge Presiding

---

MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

---

TO THE HONORABLE JUSTICES OF THE COURT:

LIFE CHANGING MINISTRIES AND FELLOWSHIP, INC., ERIC STEPHENS, and JENNIFER STEPHENS, Appellees, files this Unopposed Motion for Extension of Time to File Brief and would show unto the Court the following:

1.      Appellant is 1221 ELDRIDGE ROAD, INC.  Appellees are LIFE CHANGING MINISTRIES AND FELLOWSHIP, INC., ERIC STEPHENS, and

1

JENNIFER STEPHENS. No rule limits the time within which to file this motion to extend. *See* Tex. R. App. P. 38.6(d).

2. The court has the authority under Texas Rules of Appellate Procedure 38.6(d) to extend the time to file the brief.

3. Appellees' brief is due on Wednesday, February 19, 2015.

4. Appellees request an additional thirty (30) days to file its brief, extending the time to Friday, March 20, 2015.

5. No prior extension has been granted to extend the time to file Appellees' brief.

6. Appellant needs additional time to file its brief because counsel for Appellees is scheduled to be out of town from February 8, 2015 to February 14, 2015 and Appellees are scheduled to be out of town from January 27, 2015 to February 4, 2015, prohibiting counsel for Appellees to complete and finalize the brief.

7. For these reasons, Appellant asks the Court to grant an extension of time to file its brief until Friday, March 20, 2015.

Dated: January 29, 2015.

Respectfully submitted,

TED A. COX, P.C.

/s/ *Jennifer Fleck*_____
JENNIFER FLECK, SBN:  24029547
jennifer@tedacox.com
TED A. COX, SBN:  04956480
ted@tedacox.com
1225 W. 34th Street
Houston, Texas 77018
(713) 956-9400 Office
(713) 956-8485 Telefax
ATTORNEYS FOR APPELLEES
LIFE CHANGING MINISTRIES AND
FELLOWSHIP, INC., ERIC STEPHENS,
and JENNIFER STEPHENS

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with Vy-Vivian Nguyen, who indicated that this motion is opposed.

/s/ *Jennifer Fleck*_____

## CERTIFICATE OF SERVICE

I certify that, on the 29th day of January, 2015, I served a copy of this Motion by First Class, United States mail on the following:

Vy-Vivian Nguyen
15721 Park Row Drive #100
Houston, Texas 77084
713-714-0100 phone
713-714-0101 fax
Email:  vivian@vnguyenlaw.com
Counsel for 1221 Eldrige Road, Inc., Appellate

/s/ *Jennifer Fleck*_____
JENNIFER FLECK

3